```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF GEORGIA
           COLUMBUS DIVISION
```

| | |
|---|---|
| ANTONIO G. ALFORD, | * |
|     Petitioner, | * |
| vs. | *    CASE NO. 4:18-CV-166 (CDL) |
| CHRISTOPHER CARR, | * |
|     Respondent. | * |

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on May 9, 2019. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court, including the denial of a certificate of appealability.

IT IS SO ORDERED, this 20th day of June, 2019.

                                          S/Clay D. Land
                                        CLAY D. LAND
                                        CHIEF U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA